IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
BILLINGS DIV.
2007 JAN 4 AM 11 38
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| JANET DENISE STOKES, ) | CV-06-79-BLG-RFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| JOHN E. POTTER, Postmaster General, ) | U.S. MAGISTRATE JUDGE |
| for JOHN HEIDEMA, HEATHER ) | |
| WEILAND, JASON HIRST, DORA ) | |
| FELICIONI, JIM SPITZER, DENNIS ) | |
| KAUTZ, and TOM LOSE, ) | |
| ) | |
| Defendants. ) | |

On December 1, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends this Court dismiss Plaintiff's complaint for failure to state a claim upon which relief may be granted. Magistrate Judge Anderson further recommends that this Court certify, pursuant to Fed. R. App. P. 24(a)(4)(B), that any appeal from this decision would not be taken in good faith.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the December 1, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d

1

1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's complaints remand (*Doc. 1*) is **DISMISSED WITH PREJUDICE**. Pursuant to Fed. R. App. P. 24(a)(4)(B), any appeal of this decision would not be in good faith.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the ____ day of January 2007.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2